FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 17-34618 SWE Judge: Scott W. Everett | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | GLOBAL MOLECULAR LABS, LLC | Date Filed (f) or Converted (c): | 12/07/17 (f) |
| | | 341(a) Meeting Date: | 01/16/18 |
| For Period Ending: 04/29/23 | | Claims Bar Date: | 04/18/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Acct - Prosperity Bk | 4,988.68 | 0.00 | | 4,192.25 | FA |
| 2. Bank Accts - Chase Bank Closed | 0.00 | 0.00 | | 0.00 | FA |
| 3. Bank Acct - Chase Bank | 11,475.15 | 0.00 | | 10,738.37 | FA |
| 4. Office Equipment | 4,500.00 | 1,350.00 | | 1,350.00 | FA |
|   - Monitors sold per 6/29/18 order. | | | | | |
|   - Furniture and equipmnent foreclosed by landlord in June 2017. See SoFA #9 and PoC #17. | | | | | |
|   - No net value to other equipment remains after estimated auction expenses. | | | | | |
|   - Other equipment deemed abandoned. | | | | | |
| 5. Causes of Action | Unknown | 1.00 | | 0.00 | FA |
|   - Description from Schedules: | | | | | |
|     *Possible tort claims against insurance companies related to their intentional failure to pay proper claims- value "unknown" | | | | | |
|   - Sp Counsel employed to collect - collections per asset #6 - see below. | | | | | |
|   - Adversaries and collections complete. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. Accounts Receivable | Unknown | 1,033,361.54 | | 1,033,361.54 | FA |
|   - Description from Schedules: | | | | | |
|     * Accounts Receivable (non-medical)(approximately $700,000)(likely uncollectible or disputed) - value "unknown" | | | | | |
|     * Intercompany receivables (face amount $172,000)(most account debtors out of business or unable to pay) - value "unknown" | | | | | |
|     * medical related receivables. the majority are at or due by insurance company (largest BCBS)(face amount is roughly $50 million); some of these may be 18-24 months old; Collectibility uncertain without major investment; Also are patient portion receivables; close to or over a year old; collectibility uncertain even with major investment (face amount $40 million). - value "unknown" | | | | | |
|   - Adversaries filed: | | | | | |
|   19-03144 v Aetna et al - Closed | | | | | |
|   19-03158 v BCBS of FL - Closed | | | | | |
|   19-03159 v BCBS of TX-NM - Closed | | | | | |
|   19-03180 v BCBS of CT - Closed | | | | | |
|   19-03181 v BCBS of NM-AR - Closed | | | | | |
|   19-03183 v BCBS of MS - Closed | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 17-34618   SWE   Judge: Scott W. Everett |
| --- | --- |
| Case Name: | GLOBAL MOLECULAR LABS, LLC |

| Trustee Name: | James W. Cunningham, Trustee |
| --- | --- |
| Date Filed (f) or Converted (c): | 12/07/17 (f) |
| 341(a) Meeting Date: | 01/16/18 |
| Claims Bar Date: | 04/18/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19-03186 v Cigna Health | | | | | |
| 19-03188 v Humana - Closed | | | | | |
| 19-03189 v UnitedHealthcare Ins - Closed | | | | | |
| 19-03198 v Liberty Mutual Group - Closed | | | | | |
| 19-03199 v Medical Mutual of OH - Closed | | | | | |
| 19-03200 v UMR a/k/a UMR, Inc - Closed | | | | | |
| 7. Pre Petition Ins Claim (u) | 11,139.00 | 11,139.00 | | 11,139.00 | FA |
| 8. Texas Unclaimed Funds (u) | 28,642.47 | 28,642.47 | | 28,642.47 | FA |

| | | | | | Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $60,745.30 | $1,074,494.01 | | $1,089,423.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Final fee applications

Initial Projected Date of Final Report (TFR): 12/07/19        Current Projected Date of Final Report (TFR): 07/20/23